ACCEPTED
03-15-00261-CV
5384589
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/21/2015 3:35:54 PM
JEFFREY D. KYLE
CLERK

**No. 03-15-00261-CV**

In the Third Court of Appeals

Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
5/21/2015 3:35:54 PM
JEFFREY D. KYLE
Clerk

**THOMAS D. YOUNG A/K/A T. DAVID YOUNG,** *APPELLANT*

*v.*

**JP MORGAN CHASE BANK, N.A.**, *APPELLEE*

APPEAL FROM CAUSE NO. D-1-GN-12-000590
126TH DISTRICT COURT OF TRAVIS COUNTY, TEXAS
HON. DARLENE BYRNE PRESIDING

**APPELLANT'S DESIGNATION OF LEAD COUNSEL**

Stephen Casey
Texas Bar No. 24065015

595 Round Rock West Drive
Suite 102
Round Rock, Texas 78681
Telephone: 512-257-1324
Fax: 512-853-4098
info@caseylawoffice.us

*Counsel for Appellant*
*Thomas D. Young a/k/a T. David Young*

Appellant, Thomas D. Young a/k/a T. David Young, designates Stephen Casey as his lead counsel on appeal.

1.      Mark Cohen was trial counsel when this case was tried in the 126th District Court of Travis County, Texas.

2.      Appellant, under Texas Rules of Appellate Procedure 6.1(c), designates Stephen Casey as lead counsel for this appeal.

3.      The necessary information for Stephen Casey is as follows:

> Stephen Casey
> Texas Bar No. 24065015
> Casey Law Office, P.C.
> 595 Round Rock West Drive
> Suite 102
> Round Rock, TX 78681
> Phone:  (512) 257-1324
> Fax:  (512) 853-4098
> info@caseylawoffice.us

4.      For these reasons, Appellant asks the Court to instruct the clerk to change the record to reflect that Stephen Casey is lead counsel for Appellant in this case on appeal.

Respectfully submitted,

/s/ Stephen Casey

Stephen Casey
Texas Bar No. 24065015

Casey Law Office, P.C.
595 Round Rock West Drive
Suite 102
Round Rock, Texas 78681
Telephone: 512-257-1324
Fax: 512-853-4098
info@caseylawoffice.us

**CERTIFICATE OF SERVICE**

I hereby certify that on May 21, 2015, in compliance with Texas Rules of

Appellate Procedure, I served a copy of this Designation of Lead Counsel upon

opposing and prior counsels.

Marcie Schout
WM Lance Lewis
Rachel Lee Hytken
Quilling, Selander, Lownds, Winslett & Moser
2001 Bryan Street, Suite 1800
Dallas, TX 75201
Phone: (214) 871-2100
Fax: (214) 871-2111
mschout@qslwm.com
llewis@qslwm.com
rhytken@qslwm.com

*Counsels for JPMorgan Chase Bank, N.A.*

Mark Cohen
The Law Office of Mark Cohen
805 W. 10th, Suite 100
Austin, TX 78701
Phone: (512) 474-4424

Fax:  (512) 472-5444
mark@cohenlegalservices.com

*Prior Counsel for Thomas D. Young*
*a/k/a T. David Young*

_____ /s/ Stephen Casey